# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00543-CR

**Billy Ray Byers, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 427TH JUDICIAL DISTRICT
### NO. D-1-DC-11-302268, THE HONORABLE BOB PERKINS, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant's brief was originally due December 10, 2013. After this Court granted two extensions of time to file the brief, appellant's brief was due February 24, 2014. When no brief was filed, this Court's clerk sent notice to appellant's court-appointed counsel, Don Morehart, informing him that the brief was overdue. In response, Morehart has filed a third motion requesting an extension of time to file the brief.

Appellant's motion for extension of time to file the brief is granted. Appellant's counsel, Don Morehart, is ordered to tender a brief in this cause no later than March 31, 2014. No further extensions will be granted. We caution counsel that the failure to file the brief by that date could result in counsel being called before this Court to show cause why he should not be held in

contempt for violating this order, and the cause being abated with instructions to the trial court to appoint substitute counsel to represent appellant on this appeal.

It is so ordered on this the 3rd day of March, 2014.

Before Chief Justice Jones, Justices Pemberton and Rose